■ BETTY MITCHUM, Appellant, v JOHN M. FRIEND et al., Defendants, and DAVID J. CUTITTA, II, Respondent. (Appeal No. 2.) [706 NYS2d 662] —Order and judgment unanimously reversed on the law without costs, cross motion denied and complaint and cross claims reinstated. Same Memorandum as in *Mitchum v Friend* (270 AD2d 841 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.